175 A.3d 157

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. NOEL MANGUAL, DEFENDANT-PETITIONER.

C–251 September Term 2017
078866

October 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004326–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 157

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. HARRY CAMPBELL, JR., DEFENDANT-PETITIONER.

C–249 September Term 2017
079392

October 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003518–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.